IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| **In re:** | **Chapter 13** |
| **SUE MIFKA STOTTS,** | |
| Debtor. | **Case No. 16-61788** |

_____

**DONALD G. STOTTS,**
    Plaintiff,

v.                                                                          **Adv. P. No. 17-06005**

**SUE MIFKA STOTS, CHARLES KABBASH,
CREDIT RECOVERY INC., successor by merger to
Eastern Assignment Corporation, BRANCH BANKING
AND TRUST COMPANY, and PEASE INDUSTRIES, INC.,**
    Defendants.

_____

**ORDER AND NOTICE OF PRE-TRIAL CONFERENCE AND OF DEADLINE TO FILE PLEADINGS TO CONSOLIDATE ADVERSARY PROCEEDINGS FOR TRIAL**

A pre-trial conference, attended by counsel for Charles Kabbash and counsel for Credit Recovery, Inc., was held before the Court by telephonic conference call on 2/28/2017. Pursuant thereto, and for good cause shown; it is,

**ORDERED THAT:**

1. The Court will hold a **continued pre-trial conference by telephonic conference call** on 4/6/2017, at 2:00 PM. All parties are instructed to dial in to the court conference number (540) 769-8744.

2. The parties shall have twenty-one (21) days from the date of entry of this Order to file any appropriate pleadings seeking consolidation of the trial in this adversary proceeding with the trial in *Kabbash v. Stotts*, Adv. P. No. 17-06002, which is set for 4/12/2017, at 10:00 AM at US Courthouse, Room 200, 255 W Main St., Charlottesville, VA 22902. In the event the trials in both adversary proceedings are consolidated, the parties shall abide by

the terms of the Court's Pre-Trial Order in *Kabbash v. Stotts*.

Should the parties to this adversary proceeding wish to have a separate trial, the Court will select a trial date and set any necessary deadlines at the April 6, 2017 continued telephonic pre-trial conference.

The Clerk is directed to send a copy of this Order to counsel for the parties, and to any unrepresented party proceeding pro se.

ENTER this the 2nd day of March, 2017.

_____
UNITED STATES BANKRUPTCY JUDGE